IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Theresa Leininger,            Case No. 3:22 CV 394
*on behalf of herself and all others
similarly situated;*            ENTRY OF DEFAULT

                Plaintiff,            JUDGE JACK ZOUHARY

       -vs-

Mammoth Tech, Inc.,

                Defendant.


The Office of the Clerk of the United States District Court for the Northern District of Ohio hereby certifies as follows: this action commenced on March 11, 2022 with the filing of a Complaint (Doc. 1); a Summons was issued (Doc. 4) and served to Defendant, Mammoth Tech. Inc., on March 19, 2022 (Doc. 5–1); and the docket entries reflect that Defendant has failed to plead or otherwise defend in response to the Complaint. The default of Defendant is therefore noted.

                                        s/ *Sandy Opacich*
                                        Clerk of Court


                                        s/ *Ashley Kreager*
                                        Deputy Clerk


                                        July 15, 2022