# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| THERESA LEININGER on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>MAMMOTH TECH, INC;<br><br>Defendant. | Case No.: 3:22-cv-00394-JZ<br><br>JUDGE JACK ZOUHARY |

### MOTION FOR EXTENSION OF TIME TO FILE AMENDED REQUEST OR SUPPLEMENTAL MATERIALS IN SUPPORT OF REQUEST FOR DAMAGES FOLLOWING A DEFAULT JUDGMENT

Now comes, Theresa Leininger ("Plaintiff"), by and through counsel, and respectfully moves for an extension of time to file her amended request or supplemental materials in support of a request for damages following a default judgment against Defendant Mammoth Tech, Inc. ("Defendant") pursuant to Fed. R. Civ. P. 55.  In support thereof, Plaintiff states that she needs additional time for further discussions with other judgment creditors to explore options available against Defendant, including involuntary bankruptcy, and which impacts the form of relief that will be necessary in this matter.  Accordingly, Plaintiff respectfully requests an additional ten (10) days to file her amended request or supplemental materials in support of a request for damages. This request is made in good faith and not for the purpose of delay.

October 10, 2022            Respectfully submitted,

**Brennan, Manna & Diamond, LLC**

/s/ John N. Childs
John N. Childs (0023489)
Jeffrey C. Miller (0068882)
Angelina C. Gingo (0089060)
200 Public Square, Suite 3270
Cleveland, Ohio 44114
Phone: (216) 658-2155
Fax: (216) 658-2156
Email: jcmiller@bmdllc.com

- And-

**THE GARDNER FIRM**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181

**LANKENAU & MILLER, LLP**
Stuart J. Miller (SJM 4276)
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

*Attorneys for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 10th day of October, 2022, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's electronic filing system.

/s/ John N. Childs_____<br>
John N. Childs

4874-5246-8792, v. 1